Keith L. WILLIAMS, Petitioner–
Appellant,

v.

J. Michael STOUFFER; Attorney General for the State of Maryland, J. Joseph Curran, Jr., Respondents–Appellees.

No. 01–8088.

United States Court of Appeals,
Fourth Circuit.

Submitted April 19, 2002.

Decided May 1, 2002.

Keith L. Williams, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Keith L. Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See Williams v. Stouffer*, No. CA–01–1675–S (D.Md. Nov. 9, 2001). We dispense with oral ar-

gument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*